UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re: §
§
HENEL-MATTISON HOLDINGS, INC. § Case No. 12-11068 CLB
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

HAROLD P. BULAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 552,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 219,075.38 | Claims Discharged Without Payment: 1,340,383.45 |
| Total Expenses of Administration: 146,135.96 | |

3) Total gross receipts of $ 740,211.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 375,000.00 (see **Exhibit 2**), yielded net receipts of $ 365,211.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- |
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 32,500.00 | $ 32,500.00 | $ 32,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 146,135.96 | 146,135.96 | 146,135.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 21,000.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 867,596.00 | 1,326,831.83 | 1,294,331.83 | 186,575.38 |
| **TOTAL DISBURSEMENTS** | $ 867,596.00 | $ 1,526,467.79 | $ 1,472,967.79 | $ 365,211.34 |

4) This case was originally filed under chapter 7 on 04/05/2012 . The case was pending for 93 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2019    By:/s/HAROLD P. BULAN
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5417 TONAWANDA CREEK RD., NO. TONAWANDA, NY 14120 | 1110-000 | 176,618.81 |
| 2488 W. CHURCH, EDEN, NY 14057 OWN 50% WITH JOHN | 1110-000 | 60,266.31 |
| ESCROW FUNDS HELD BY MARK SALTARELLI, ESQ. AND ROB | 1110-000 | 371,267.38 |
| ESCROW FUNDS HELD BY MARK SALTARELLI, ESQ. AND ROB | 1129-000 | 132,058.84 |
| **TOTAL GROSS RECEIPTS** | | **$ 740,211.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert R. Radel, Esq. as Attorney for | Non-Estate Funds Paid to Third Parties | 8500-000 | 375,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 375,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DAVID K. SILVERBERG, ESQ. | 4120-000 | NA | 32,500.00 | 32,500.00 | 32,500.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 32,500.00 | $ 32,500.00 | $ 32,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:HAROLD P. BULAN, TRUSTEE | 2100-000 | NA | 40,260.57 | 40,260.57 | 40,260.57 |
| INTERNATIONAL SURETIES INC. | 2300-000 | NA | 472.62 | 472.62 | 472.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 1,279.72 | 1,279.72 | 1,279.72 |
| EQUITY TITLE AGENCY, LLC | 2500-000 | NA | 54.38 | 54.38 | 54.38 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 643.00 | 643.00 | 643.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HODGSON RUSS LLP | 3210-000 | NA | 42,729.00 | 42,729.00 | 42,729.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MORRIS L. HORWITZ | 3210-000 | NA | 12,711.88 | 12,711.88 | 12,711.88 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):HODGSON RUSS LLP | 3220-000 | NA | 45,389.04 | 45,389.04 | 45,389.04 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MORRIS L. HORWITZ | 3220-000 | NA | 45.75 | 45.75 | 45.75 |
| APPRAISER FOR TRUSTEE FEES:CASH REALTY & AUCTIONS | 3711-000 | NA | 750.00 | 750.00 | 750.00 |
| APPRAISER FOR TRUSTEE FEES:NORTHEASTERN APPRAISAL ASSOCIATES | 3711-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 146,135.96 | $ 146,135.96 | $ 146,135.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7-2 | LAWRENCE A. MATTISON | 5300-000 | NA | 21,000.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 21,000.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Altmeyer, Thomas 74 Cornell Ave. Buffalo, NY 14226 | | 630.00 | NA | NA | 0.00 |
| | Brown, Thomas 510 Pond Rd. Elma, NY 14059 | | 405.00 | NA | NA | 0.00 |
| | Foremost Insurance P.O. Box 0915 Carol Stream, IL 60132 | | 142.00 | NA | NA | 0.00 |
| | Four Corners Abstract 370 East Ave. Rochester, NY 14604 | | 2,850.00 | NA | NA | 0.00 |
| | Hannnon, Timothy 51 Brynstone Buffalo, NY 14228 | | 228,600.00 | NA | NA | 0.00 |
| 4 | AMELIA BURSZTYN | 7100-000 | 58,627.00 | 58,627.19 | 58,627.19 | 8,450.99 |
| 6 | HUY EANG UNG | 7100-000 | 52,938.00 | 52,937.50 | 52,937.50 | 7,630.84 |
| 9 | JOHN APGAR | 7100-000 | NA | 365,000.00 | 365,000.00 | 52,614.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7-1 | LAWRENCE A. MATTISON | 7100-000 | 26,120.00 | 48,592.81 | 48,592.81 | 7,004.56 |
| 1 | MICHAEL ENRIGHT | 7100-000 | 110,458.00 | 117,106.54 | 117,106.54 | 16,880.68 |
| 2 | PATRICK ENRIGHT | 7100-000 | 6,700.00 | 6,700.00 | 6,700.00 | 965.79 |
| 3 | TIMOTHY HANNON | 7100-000 | NA | 300,695.69 | 268,195.69 | 38,659.88 |
| 5 | WILLIAM D. HENEL | 7100-000 | 380,126.00 | 377,172.10 | 377,172.10 | 54,368.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 867,596.00 | $ 1,326,831.83 | $ 1,294,331.83 | $ 186,575.38 |

Case No: 12-11068 CLB Judge: CARL L. BUCKI  
Case Name: HENEL-MATTISON HOLDINGS, INC.  
For Period Ending: 11/16/19

Trustee Name: HAROLD P. BULAN  
Date Filed (f) or Converted (c): 04/05/12 (f)  
341(a) Meeting Date: 05/11/12  
Claims Bar Date: 01/28/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 10823 NEW OREGON RD., NORTH COLLINS, NY 14111 OWN | 42,000.00 | 42,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. 88 SAWYER AVE., LANCASTER, NY 14086 OWN 50% WITH | 88,000.00 | 88,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. 2550 MAIN ST., BUFFALO, NY 14214 OWN 50% WITH JOH | 82,000.00 | 82,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. 196 MEADOW LEA, AMHERST, NY 14051 OWN 50% WITH JO | 55,000.00 | 55,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 5417 TONAWANDA CREEK RD., NO. TONAWANDA, NY 14120 | 174,000.00 | 174,000.00 | | 176,618.81 | FA | 0.00 | 0.00 |
| 6. 4715 THOMPSON RD., CLARENCE, NY 14031 OWN 50% WIT | 230,000.00 | 230,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 2488 W. CHURCH, EDEN, NY 14057 OWN 50% WITH JOHN | 55,000.00 | 55,000.00 | | 60,266.31 | FA | 0.00 | 0.00 |
| 8. 3735 WABASH AVE., HANBURG, NY 14075 OWN 50% WITH | 55,000.00 | 55,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. RENTS COLLECTED FROM MULTIPLE PROPERTIES OVER SEVE | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Rents collected from multiple properties over several months from several tenants by John Apgar. Debor has requested but Mr. Apgar refuses to provide debtor with this information. The amount is estimated to be several thousand dollars. | | | | | | | |
| 10. ESCROW FUNDS HELD BY MARK SALTARELLI, ESQ. AND ROB | 181,114.20 | 181,114.20 | | 503,326.22 | FA | 0.00 | 0.00 |
| ESCROW FUNDS HELD BY MARK SALTARELLI, ESQ. and ROBERT BATTISTA AS ESCROW AGENTS, Funds are owned by debtor, John Apgar and Emilio and Renato Pasucci as follows: Battista is holding $96.432.39 | | | | | | | |

| | |
|---|---|
| Case No: | 12-11068  CLB  Judge: CARL L. BUCKI |
| Case Name: | HENEL-MATTISON HOLDINGS, INC. |

| | |
|---|---|
| Trustee Name: | HAROLD P. BULAN |
| Date Filed (f) or Converted (c): | 04/05/12 (f) |
| 341(a) Meeting Date: | 05/11/12 |
| Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| from the sale of 5686 Hunters Creek, South Wales on 6/30/10. The property was owned 1/3 by debtor; 1/3 by Apgar and 1/3 by Pasucci. Battista is holding $73,840.41 from the sale of 23 S. Century, Cheektowaga on 7/27/10. The property was owned 1/3 by debtor; 1/3 by Apgar and 1/3 by Pasucci. Saltarelli is holding $149,358.37 from the sale of 188 Bellingham, Amherst on 4/5/11. The property was owned 1/2 by debtor and 1/2 by Apgar. Saltarelli is holding $141,592.20 from the sale of 4837 Gerber, Hamburg on 7/28/11. The property was owned 1/2 by debtor and 1/2 by Apgar. Saltarelli is holding $87,607.53 from the sale of 4715 Millgrove, Akron on 9/2/11. The property was owned 1/2 by debtor and 1/2 by Apgar. | | | | | | | |
| TOTALS (Excluding Unknown Values) | $962,114.20 | $962,114.20 | $740,211.34 | $0.00 | Gross Value of Remaining Assets (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: 12-11068 -CLB | Trustee Name: HAROLD P. BULAN |
| Case Name: HENEL-MATTISON HOLDINGS, INC. | Bank Name: UNION BANK |
| | Account Number / CD #: *******7244 Checking Account |
| Taxpayer ID No: *******6372 | |
| For Period Ending: 11/16/19 | Blanket Bond (per case limit): $ 7,316,562.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 607,859.50 | | 607,859.50 |
| 07/15/13 | 010001 | CASH REALTY & AUCTIONS<br>1295 MAIN STREET<br>BUFFALO, NY 14209 | Appraisal Fee on Three Properties<br>Per Order 7/12/13 | 3711-000 | | 750.00 | 607,109.50 |
| 10/29/13 | 010002 | International Sureties Inc.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond #016029057 | 2300-000 | | 472.62 | 606,636.88 |
| 08/25/14 | 010003 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium 9/1/14 - 9/1/15<br>Bond #016029057 | 2300-000 | | 595.86 | 606,041.02 |
| 08/14/15 | 010004 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium 9/1/15 - 9/1/16<br>Bond Number 016029057 | 2300-000 | | 320.48 | 605,720.54 |
| 09/06/16 | 010005 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Blanket Bond No. 016029057 | 2300-000 | | 181.72 | 605,538.82 |
| 09/13/17 | 010006 | Northeastern Appraisal Associates<br>Residential Inc.<br>616 North French Road, Suite 100<br>Amherst, NY 14228<br><br>Attention: Joseph M. Whittington | Appraisal Fee for Six Properties<br>Inv Nos. 17070199, 17070200, 17070201, 17070202,<br>17070203 and 17070204 | 3711-000 | | 1,800.00 | 603,738.82 |
| 09/21/17 | 010007 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016029057 | 2300-000 | | 181.66 | 603,557.16 |
| 10/18/17 | 10 | Ralph C. Lorigo, Esq. | Escrow Funds Held by R. Battista | 1129-000 | 132,058.84 | | 735,616.00 |
| | | | Page Subtotals | | 739,918.34 | 4,302.34 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 22.02b

Case 1-12-11068-CLB, Doc 201, Filed 04/14/20, Entered 04/14/20 17:40:27, Description: Main Document, Page 10 of 15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11068 -CLB | Trustee Name: | HAROLD P. BULAN |
|---|---|---|---|
| Case Name: | HENEL-MATTISON HOLDINGS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7244 Checking Account |
| Taxpayer ID No: | *******6372 | | |
| For Period Ending: | 11/16/19 | Blanket Bond (per case limit): | $ 7,316,562.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/17 | 010008 | Equity Title Agency, LLC<br>25 South Cayuga Road<br>Williamsville, NY 14221 | Judgment Lien Search Inv No. 38112<br>Order entered 12/7/17 | 2500-000 | | 54.38 | 735,561.62 |
| 12/19/17 | 010009 | Hodgson Russ LLP<br>Attorneys at Law<br>Guaranty Building<br>140 Pearl Street<br>Buffalo, NY 14202 | Special Counsel Disbursements<br>Per Order 12/18/17 | 3220-000 | | 78.88 | 735,482.74 |
| 12/19/17 | 010010 | Hodgson Russ LLP<br>Attorneys at Law<br>Guaranty Building<br>140 Pearl Street<br>Buffalo, NY 14202 | Special Counsel Fees<br>Per Order 12/18/17 | 3210-000 | | 38,456.10 | 697,026.64 |
| 01/08/18 | 010011 | Robert R. Radel, Esq.as Attorney for<br>John Apgar | Per Stipulation of Settlement and<br>Order dated 12/18/17 | 8500-000 | | 375,000.00 | 322,026.64 |
| 02/01/18 | 010012 | David K. Silverberg, Esq.<br>as Attorney for Timothy Hannon | Payment to Secured Creditor<br>Timothy Hannon pursuant to Order entered 12/18/17 | 4120-000 | | 32,500.00 | 289,526.64 |
| 05/16/18 | 010013 | Hodgson Russ LLP<br>Attorneys at Law<br>The Guaranty Building<br>110 Pearl Street, Suite 100<br>Buffalo, NY 14202 | Special Counsel Fees<br>Per Order 5/7/18 | 3210-000 | | 4,272.90 | 285,253.74 |
| 05/16/18 | 010014 | Hodgson Russ LLP<br>Attorneys at Law<br>The Guaranty Building<br>110 Pearl Street, Suite 100<br>Buffalo, NY 14202 | Special Counsel Expenses<br>Per Order 5/7/18 | 3220-000 | | 967.16 | 284,286.58 |
| 06/05/18 | 010015 | Hodgson Russ LLP<br>Attorneys at Law<br>The Guaranty Building | Special Counsel Fees<br>Per Order 5/7/18 | 3220-000 | | 44,343.00 | 239,943.58 |

Page Subtotals  0.00  495,672.42

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11068 -CLB | Trustee Name: | HAROLD P. BULAN |
|---|---|---|---|
| Case Name: | HENEL-MATTISON HOLDINGS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7244 Checking Account |
| Taxpayer ID No: | *******6372 | | |
| For Period Ending: | 11/16/19 | Blanket Bond (per case limit): | $ 7,316,562.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 110 Pearl Street, Suite 100 | | | | | |
| | | Buffalo, NY 14202 | | | | | |
| 08/27/19 | 010016 | HAROLD P. BULAN, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 40,260.57 | 199,683.01 |
| 08/27/19 | 010017 | CLERK, U.S. BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 199,333.01 |
| | | Olympic Towers | | | | | |
| | | 300 Pearl Street, Suite 250 | | | | | |
| | | Buffalo, NY 14202 | | | | | |
| 08/27/19 | 010018 | Morris L. Horwitz | Claim 8-1, Payment 100.00000% | 3210-000 | | 12,711.88 | 186,621.13 |
| | | P.O. Box 716 | | | | | |
| | | Getzville, NY 14068 | | | | | |
| 08/27/19 | 010019 | Morris L. Horwitz | Claim 8-2, Payment 100.00000% | 3220-000 | | 45.75 | 186,575.38 |
| | | P.O. Box 716 | | | | | |
| | | Getzville, NY 14068 | | | | | |
| 08/27/19 | 010020 | Michael Enright | Claim 1, Payment 14.41481% | 7100-000 | | 16,880.68 | 169,694.70 |
| | | 16310 W 62nd Drive | | | | | |
| | | Arvada, CO 80403 | | | | | |
| 08/27/19 | 010021 | Patrick Enright | Claim 2, Payment 14.41478% | 7100-000 | | 965.79 | 168,728.91 |
| | | 1392 E. Robinson Road | | | | | |
| | | North Tonawanda, NY 14150 | | | | | |
| 08/27/19 | 010022 | Timothy Hannon | Claim 3, Payment 14.41480% | 7100-000 | | 38,659.88 | 130,069.03 |
| | | c/o David K. Silverberg, Esq. | | | | | |
| | | 403 Main Street | | | | | |
| | | 600 Brisbane Building | | | | | |
| | | Buffalo, NY 14203 | | | | | |
| 08/27/19 | 010023 | Amelia Bursztyn | Claim 4, Payment 14.41480% | 7100-000 | | 8,450.99 | 121,618.04 |
| | | 2 Sweet Briar Court | | | | | |
| | | Tonawanda, NY 14150 | | | | | |
| 08/27/19 | 010024 | William D. Henel | Claim 5, Payment 14.41480% | 7100-000 | | 54,368.61 | 67,249.43 |
| | | 59 Brynstone Court | | | | | |
| | | Amherst, NY 14228 | | | | | |

Page Subtotals         0.00    172,694.15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-11068 -CLB | Trustee Name: | HAROLD P. BULAN |
|---|---|---|---|
| Case Name: | HENEL-MATTISON HOLDINGS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7244 Checking Account |
| Taxpayer ID No: | *******6372 | | |
| For Period Ending: | 11/16/19 | Blanket Bond (per case limit): | $ 7,316,562.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/27/19 | 010025 | Huy Eang Ung<br>266 Mang Avenue<br>Kenmore, NY 14217 | Claim 6, Payment 14.41481% | 7100-000 | | 7,630.84 | 59,618.59 |
| 08/27/19 | 010026 | Lawrence A. Mattison<br>388 N. Ellicott Creek Road<br>Amherst, NY 14228 | Claim 7-1, Payment 14.41481% | 7100-000 | | 7,004.56 | 52,614.03 |
| 08/27/19 | 010027 | John Apgar<br>c/o Robert Radel, Esq.<br>174 Franklin Street<br>Buffalo, NY 14202 | Claim 9, Payment 14.41480% | 7100-000 | | 52,614.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 739,918.34 | 739,918.34 | 0.00 |
| Less: Bank Transfers/CD's | 607,859.50 | 0.00 | |
| Subtotal | 132,058.84 | 739,918.34 | |
| Less: Payments to Debtors | | 375,000.00 | |
| Net | 132,058.84 | 364,918.34 | |

Page Subtotals        0.00        67,249.43

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 13)
Case 1-12-11068-CLB, Doc 201, Filed 04/14/20, Entered 04/14/20 17:40:27,
Description: Main Document , Page 13 of 15
Ver: 22.02b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-11068 -CLB | Trustee Name: HAROLD P. BULAN |
| Case Name: HENEL-MATTISON HOLDINGS, INC. | Bank Name: Capital One |
| | Account Number / CD #: *******6736 Checking Account |
| Taxpayer ID No: *******6372 | |
| For Period Ending: 11/16/19 | Blanket Bond (per case limit): $ 7,316,562.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/12 | 10 | SALTARELLI & ASSOCIATES, P.C. 156 DELAWARE AVE TONAWANDA, NY 14150 | | 1110-000 | 371,267.38 | | 371,267.38 |
| 07/10/12 | 001001 | CLERK, U.S. BANKRUPTCY COURT | REMOVAL FEE AP#12-01036 | 2700-000 | | 293.00 | 370,974.38 |
| 08/14/12 | 5 | DOMENIC J. MIGLIACCIO ESQ. 69 DELAWARE AVE, STE. 500 BUFFALO, NY 14202 | | 1110-000 | 176,618.81 | | 547,593.19 |
| 08/14/12 | 7 | DOMENIC J. MIGLIACCIO ESQ 69 DELAWARE AVENUE BUFFALO, NY 14202 | | 1110-000 | 60,266.31 | | 607,859.50 |
| 01/22/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 607,859.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 608,152.50 | 608,152.50 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 607,859.50 | |
| Subtotal | 608,152.50 | 293.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 608,152.50 | 293.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7244 | 132,058.84 | 364,918.34 | 0.00 |
| Checking Account - ********6736 | 608,152.50 | 293.00 | 0.00 |
| | 740,211.34 | 365,211.34 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    608,152.50    608,152.50

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 14)
Case 1-12-11068-CLB, Doc 201, Filed 04/14/20, Entered 04/14/20 17:40:27, Description: Main Document, Page 14 of 15
Ver: 22.02b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11068 -CLB | Trustee Name: | HAROLD P. BULAN |
| Case Name: | HENEL-MATTISON HOLDINGS, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******6736 Checking Account |
| Taxpayer ID No: | *******6372 | | |
| For Period Ending: | 11/16/19 | Blanket Bond (per case limit): | $ 7,316,562.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00